JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE – State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## UNITED STATES DISTRICT COURT FOR

## THE EASTERN DISTRICT OF CALIFORNIA – REDDING DIVISION

| JANN M. KNIGHTEN, | Case No. 2:08-cv-01412-LKK-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| THE HOME DEPOT U.S.A., INC., et al., | |
| Defendants. | |

Pursuant to FED.R.CIV.PRO. 41(a)(ii) it is hereby stipulated and agreed that Plaintiff JANN M. KNIGHTEN hereby voluntarily dismisses the above-captioned case with prejudice, in its entirety, each party to bear their own costs.

DATED: August 20, 2008

By: _____/s/_____
Jann M. Knighten, Plaintiff in pro per


DATED: August 20, 2008         JENKINS GOODMAN NEUMAN &
                                HAMILTON LLP


By: _____//s_____
ZACHARY S. TOLSON, Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**IT IS SO ORDERED.**

DATED: September 11, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-
STIPULATION AND ORDER FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com